EARL B. BARNES, as Trustee in Bankruptcy of THOMAS H. COWLEY et al., Individually and as Copartners under the Firm Name of THOS. H. COWLEY & CO., Appellant, *v.* WILLIAM SCHATZKIN et al., Individually and as Copartners under the Firm Name of SCHATZKIN, BERNSTEIN & Co., Respondents, Impleaded with Others.

EARL B. BARNES, as Trustee in Bankruptcy of THOMAS H. COWLEY et al., Individually and as Copartners under the Firm Name of THOS. H. COWLEY & CO., Appellant, *v.* LAWRENCE J. HIRSCH et al., Individually and as Copartners under the Firm Name of MORRIS & SMITH, Respondents, Impleaded with Others.

(Submitted May 3, 1926; decided May 11, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 242 N. Y. 555.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP G. COLE, Appellant, *v.* JOHN F. GILCHRIST et al., Constituting the State Tax Commission, Respondents.

*People ex rel. Cole* v. *Gilchrist*, 215 App. Div. 851, affirmed.

(Argued May 3, 1926; decided May 14, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 5, 1926, which confirmed, on certiorari, a determination of the State Tax Commission denying the application of relator for a refund of income taxes paid during the years 1921, 1922 and 1923. The father of the relator, for a valuable consideration, set up a trust providing for the payment of the income thereof to relator during the term of his life. The relator claims that as he bought the proceeds of the trust and paid therefor, the amount thereof was not income within the meaning of the Tax Law and was not subject to an income tax.

*Frank M. Avery* and *Earl A. Darr* for appellant.

*Albert Ottinger,* Attorney-General (*Henry S. Manley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

HENRY W. MCMASTER et al., as Receivers of the WABASH PITTSBURGH TERMINAL RAILWAY COMPANY, Appellants, *v.* GEORGE J. GOULD et al., Defendants.

KINGDON GOULD et al., as Executors of GEORGE J. GOULD, Respondents.

*Appeal — denial of motion for substitution of foreign executors in place of deceased defendant — appeal from order of Appellate Division affirming order dismissed.*

*McMaster* v. *Gould,* 215 App. Div. 811, appeal dismissed.

(Argued May 3, 1926; decided May 14, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1926, which affirmed an order of Special Term denying a motion to substitute the New Jersey executors of George J. Gould, deceased, in his place as defendants herein.

*James Marshall* and *Louis Marshall* for appellants.

*William Wallace, Jr.,* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO, Appellant.

THE CITY OF BUFFALO, Appellant; ERIE RAILROAD COMPANY, Respondent.

*Buffalo — grade crossing — appraisal of damage to lands from construction of underground crossing.*

*Matter of Grade Crossing Comrs. of City of Buffalo (Walden Ave.),* 214 App. Div. 809, affirmed.

(Argued May 3, 1926; decided May 14, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered